# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

RICO L. GLYNN,

       Petitioner,

vs.                           Case No. 12-3031-SAC

JAMES HEIMGARTNER, and
ATTORNEY GENERAL OF KANSAS,

       Respondents.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Memorandum and Order (Dk. 15) filed on June 5, 2013, the petition for habeas corpus relief under 28 U.S.C. § 2254 (Dk. 1, 6) is denied. The action is dismissed and all relief is denied. The court does not grant a certificate of appealability.

ENTERED ON THE DOCKET: June 5, 2013.


Dated: June 5, 2013           TIMOTHY M. O'BRIEN, CLERK


                        By  s/ Brenda M. Wessel
                             Deputy Clerk